IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION


UNITED STATES OF AMERICA,

v.                                                          Case No. 7:12CR00010

ROBERT TERZEL-JERMAINE WHITE.


**NOTICE THAT THE FEDERAL PUBLIC DEFENDER
WILL NOT FILE AN AMENDED MOTION TO VACATE,
SET ASIDE, OR CORRECT SENTENCE AND MOTION
TO  WITHDRAW AS COUNSEL**


By Standing Order 2015-5, this Court appointed the Federal Public Defender to represent Mr.

White to assess his eligibility for relief under *Johnson v. United States*, __U.S. __, 135 S.Ct. 2551

(2015).  Acting *pro se*, Mr. White has filed a petition pursuant to 28 USC Section 2255 seeking relief

based on a *Johnson* claim.  The Federal Public Defender advises the Court that we have reviewed

Mr. White's case and determined that we will not be filing an amended petition on his behalf.

Accordingly, we are moving to withdraw as counsel for Mr. White, leaving him in the position of

pursuing his petition *pro se*.


Respectfully submitted,

Robert Terzel-Jermaine White


By: /s/ Randy V. Cargill
Of Counsel

Randy V. Cargill, Esquire
Assistant Federal Public Defender
Office of the Federal Public Defender
210 1st Street, Suite 400
Roanoke, Virginia 24011
(540) 777-0880 FAX: (540) 777-0890

*Counsel for Defendant Robert Terzel—Jermaine White*

CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of May, 2016, I served the foregoing Notice upon counsel for the United States, by electronic filing and I caused the original thereof to be filed electronically with Julia Dudley, Clerk, United States District Court, 210 Franklin Road, S.W. Roanoke, VA 24011. I also served Robert Terzel-Jermaine White by first class mail to his address at Robert Terzel-Jermaine White, Reg. No. 11531-084, FCI Petersburg Medium, P.O. Box 1000, Petersburg, VA 23804.

By: /s/Randy V. Cargill
Randy V. Cargill

2